UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONALD ANGELO BARKSDALE, | * | CIVIL ACTION NO. 17-3034 |
| | * | |
| PLAINTIFF, | * | |
| | * | |
| VERSUS | * | JUDGE JAY C. ZAINEY |
| | * | |
| BP EXPLORATION & PRODUCTION INC., et al., | * | |
| | * | |
| | * | MAGISTRATE JUDGE |
| DEFENDANTS. | * | DONNA PHILLIPS CURRAULT |
| | * | |
| Related to:   B3 PLEADING BUNDLE in MDL No. 2179 | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel. Come Defendants BP Exploration & Production, Inc., BP America Production Company, and BP p.l.c. (collectively the "BP Parties")[1] to respectfully request that the Court dismiss Plaintiff's claims in this toxic tort "B3" matter with prejudice under Federal Rule of Civil Procedure 56.  BP's argument rests on two grounds. One, BP has filed a separate *Daubert* motion to exclude Dr. Cook's testimony, which, if granted, will eliminate the plaintiff's expert support. And two, even if he survives BP's *Daubert* challenge, Plaintiff has not submitted any expert proof on specific causation. The material facts are undisputed and Defendants are entitled to judgment as a matter of law.

WHEREFORE, the BP Parties respectfully request that the Court grant their motion for summary judgment and dismiss Plaintiff's claims with prejudice.

---

[1]   Halliburton Energy Services, Inc., Transocean Deepwater, Inc., Transocean Holdings, LLC, and Transocean Offshore Deepwater Drilling, Inc. join in this motion for summary judgment.

Respectfully submitted,

*/s/ Jared E. Nelson*
P. Matthew Jones, T.A. (Bar #19641)
(mjones@liskow.com)
R. Keith Jarrett (Bar #16984)
(rkjarrett@liskow.com)
Charles B. Wilmore (Bar #28812)
(cbwilmore@liskow.com)
Devin C. Reid (Bar #32645)
(dcreid@liskow.com)
Lauren R. Bridges (Bar #34460)
(lbridges@liskow.com)
Emily Borgen (Bar #35441)
(ecborgen@liskow.com)
Jared E. Nelson (Bar #38357)
(jenelson@liskow.com)
Denice Redd-Robinette (Bar #38582)
(drrobinette@liskow.com)
Alec N. Andrade (Bar #38659)
(aandrade@liskow.com)
**LISKOW & LEWIS**
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Fax No. (504) 556-4108

A. Katrine Jakola, P.C.
(katie.jakola@kirkland.com)
Martin L. Roth, P.C.
(rothm@kirkland.com)
Kristopher Ritter
(ritterk@kirkland.com)
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

*Counsel for BP Exploration & Production Inc., BP America Production Company, and BP p.l.c.*

/s/ Paul C. Thibodeaux
Kerry J. Miller (LA 24562), T.A.
Paul C. Thibodeaux (LA 29446)
Daniel J. Dysart (LA 33812)
**Fishman Haygood LLP**
201 St. Charles Ave., Suite 4600
New Orleans, LA 70170
Telephone:  (504) 556-5549
Telephone:  (504) 556-5548
Email:
kmiller@fishmanhaygood.com
pthibodeaux@fishmanhaygood.com

*Counsel for Transocean Deepwater, Inc., Transocean Holdings, LLC, and Transocean Offshore Deepwater Drilling, Inc.*


/s/ R. Alan York
R. Alan York
J. Keely Dulaney
Travis R. Reed
**Reed Smith LLP**
811 Main Street, Suite 1700
Houston, TX 77002
Telephone: (713) 469-3824
Facsimile: (713) 469-3899
ayork@reedsmith.com
kdulaney@reedsmith.com
treed@reedsmith.com

*Attorney for Defendant Halliburton Energy Services, Inc.*

-3-

-4-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 24, 2022 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

<em>/s/ Jared E. Nelson</em>