UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ARRINGTON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-3025** |
| **BP EXPLORATION & PRODUCTION, INC., ET AL.** | **SECTION "A"** |
| **BARKSDALE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-3034** |
| **BP EXPLORATION & PRODUCTION, INC., ET AL.** | **SECTION "A"** |
| **BEELER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-3039** |
| **BP EXPLORATION & PRODUCTION, INC., ET AL.** | **SECTION "A"** |
| **BENDOLPH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-3041** |
| **BP EXPLORATION & PRODUCTION, INC., ET AL.** | **SECTION "A"** |

## ORDER

**IT IS ORDERED** that the jury trials set for **August 1, 2022** in the captioned cases are **CONTINUED** pending the Court's resolution of the dispositive motions under submission.

**IT IS FURTHER ORDERED** that the pretrial conferences set for **July 14, 2022** in the captioned cases are **CANCELLED** pending the Court's resolution of the dispositive motions under submission.

The Clerk of Court is directed to enter this Order in each of the captioned cases. The Court will schedule a telephone conference for the purpose of selecting a new trial date if the Court denies summary judgment in any of the cases.

June 29, 2022

_____
Jay C. Zainey
United States District Judge