**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **BARKSDALE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-3034** |
| **BP EXPLORATION & PRODUCTION, INC., ET AL.** | **SECTION "A"** |
| **CATCHINGS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-3124** |
| **BP EXPLORATION & PRODUCTION, INC., ET AL.** | **SECTION "A"** |
| **FAVORITE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-3192** |
| **BP EXPLORATION & PRODUCTION, INC., ET AL.** | **SECTION "A"** |
| **FOUNTAIN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-3204** |
| **BP EXPLORATION & PRODUCTION, INC., ET AL.** | **SECTION "A"** |
| **LAWSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-4404** |
| **BP EXPLORATION & PRODUCTION, INC., ET AL.** | **SECTION "A"** |

| WARD | CIVIL ACTION |
|---|---|
| VERSUS | NO. 17-4220 |
| BP EXPLORATION & PRODUCTION, INC., ET AL. | SECTION "A" |

| MCDONALD | CIVIL ACTION |
|---|---|
| VERSUS | NO. 17-4434 |
| BP EXPLORATION & PRODUCTION, INC., ET AL. | SECTION "A" |

| WARREN | CIVIL ACTION |
|---|---|
| VERSUS | NO. 17-4626 |
| BP EXPLORATION & PRODUCTION, INC., ET AL. | SECTION "A" |

| WILLIAMS | CIVIL ACTION |
|---|---|
| VERSUS | NO. 17-4634 |
| BP EXPLORATION & PRODUCTION, INC., ET AL. | SECTION "A" |

| STOVALL | CIVIL ACTION |
|---|---|
| VERSUS | NO. 17-4640 |
| BP EXPLORATION & PRODUCTION, INC., ET AL. | SECTION "A" |

| DAVIS | CIVIL ACTION |
|---|---|
| VERSUS | NO. 17-4664 |
| BP EXPLORATION & PRODUCTION, INC., ET AL. | SECTION "A" |

**ORDER**

In each of the captioned B3 cases the Court has previously granted the defendants' motion in limine to exclude Dr. Cook's expert report, and the related motion for summary judgment. Before a final judgment could be entered in each of the cases, the plaintiff in each case filed a motion for reconsideration. For the reasons provided by Judge Barbier when he denied the same motion for reconsideration in his B3 cases,[1] the Motions for Reconsideration filed in each of the captioned cases are denied.

Accordingly;

**IT IS ORDERED** that the Motions for Reconsideration filed in each of the captioned cases are **DENIED**.

October 20, 2022

Jay C. Zainey
United States District Judge

---

[1] Judge Barbier entered an omnibus order denying the motions for reconsideration in nine of his B3 cases. The lowest numbered case is 13-995. (Rec. Doc. 58). In his reasons Judge Barbier noted that several other judges in this district have denied the same requested relief.